UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

YOLANDA MARIE CARRINGTON a/k/a
YM CARRINGTON,

        Plaintiff,

v.

THE ISRAEL EMERGENCY ALLIANCE
d/b/a "StandWithUs," a 501(c)(3) not-for-profit organization,

        Defendant.

Case No.: 21-cv-03713

Honorable Robert W. Gettlemen

## AFFIDAVIT OF JERRY ROTHSTEIN IN SUPPORT OF MOTION TO DISMISS

I, JERRY ROTHSTEIN being first duly sworn on oath, depose and state as follows:

1. I am over 21 years of age and a resident of California.

2. I am the Chief Operating Officer with Israel Emergency Alliance d/b/a StandWithUs ("StandWithUs") and have been in that position since 2007.

3. StandWithUs is an Israel education organization that inspires and educates people of all ages and backgrounds, challenges misinformation and fights antisemitism.

4. I am aware of the organization's structure on or about the time periods as alleged in Plaintiff's Complaint.

5. StandWithUs has been a registered California nonprofit public benefit corporation since December 28, 2001 when its articles of incorporation were filed with the Secretary of State of California and has been active since that date.

6. StandWithUs is headquartered with its principal place of business located at 6505 Wilshire Blvd., 5th Floor, Los Angeles, California. Additionally, its CEO, COO, board of directors and accounting department are all located in Los Angeles.

7. StandWithUs does maintain a satellite office in Northfield, Illinois for its Midwest Region operations. The Midwest Region consists of 7 employees, not all of which are located in Illinois.

8. StandWithUs is registered as a foreign corporation with its principal state of incorporation as California on the Illinois Secretary of State website.

EXHIBIT B

9. The Midwest Region is not responsible for any of StandWithUs' social media accounts, including those posts which are the subject of the allegations contained in Plaintiff's Complaint.

10. StandWithUs' social media accounts are handled out of its Israel Education Center located in Jerusalem, Israel.

11. No officer, director or employee of StandWithUs transacted any business in the State of Illinois relating to the subject matter of Plaintiff's Complaint.

12. No officer, director or employee of StandWithUs performed any act in the State of Illinois relating to the subject matter of Plaintiff's Complaint.

13. No officer of StandWithUs lives or works in the State of Illinois.

14. I am aware of the social media post that is the subject of Plaintiff's Complaint, a copy of which is attached hereto as Exhibit 1 to this affidavit.

15. Exhibit 1 is a true and accurate depiction of the post which is the subject of Plaintiff's Complaint.

16. Plaintiff's name and likeness were blurred and obscured in the original posting that is the subject of Plaintiff's Complaint.

17. Exhibit 1 was posted on StandWithUs' social media accounts to raise awareness of antisemitism and not for fundraising purposes.

18. I am aware of Plaintiff posting two further social media posts in response to StandWithUs post, which are attached as Exhibit 2.

19. Exhibit 2 consists of two posts where Plaintiff is looking for a lawyer because she needs to "sue @standwithus for every nickel they have" for the purpose of putting StandWithUs "out of business."

FURTHER AFFIANT SAYETH NOT

## VERIFICATION BY CERTIFICATION

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. Executed on 9-28-21

_____
Jerry Rothstein

# HORRIFIC ANTISEMITISM

> Apr 6
>
> Yeah, **Anne** Frank began life as a petit bourgeois German kid with a capitalist dad. The Nazis took all that shit away. In the end, she was a criminalized refugee hiding in a goddamn attic. Then she was incarcerated and killed. That is how we should remember her.

## POSTED ON TWITTER

StandWithUs

EXHIBIT 1

 **Black Mama-Jewish Dad for P...** 🇵🇸 🌿

I NEED A LAWYER ASAP GODDAMMIT. I need to sue @standwithus for every nickel they have.

 6    6   ♡ 32   

 **Black Mama-Jewish Dad for P...** 🇵🇸 🌿

I will destroy this fucking genocide defending piece of shit organization. And y'all will be out of business and Palestine will be free as a bird anyway. Fucking racist devils.

EXHIBIT 2